FILED
Charlotte, NC
DEC 20 2022
Clerk, US District Court
Western District NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:21cr8-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| VALENTINO CABRAL DAROSA | ) | |

This matter is before the Court on the Government's oral motion for forfeiture of two firearms and ammunition seized in this case. THIS COURT GRANTS THE MOTION AND FINDS AS FOLLOWS:

1. The Bill of Indictment (Doc. 1) in this case charged Defendant with violations of 18 U.S.C. § 1951 (Count One), 18 U.S.C. § 924 (Count Two), and 18 U.S.C. § 922 (Count Three). The Indictment also provided notice that property was subject to forfeiture and specifically contained a Grand Jury finding that there was probable cause that the following property (hereafter, "the Firearms and Ammunition") was subject to forfeiture:

    **One Smith & Wesson, model M&P shield, 9mm pistol, serial number HTF9173 and ammunition seized from Defendant on or about November 5, 2020; and**

    **One GSG, model Firefly, 22 caliber pistol, serial number F442863 and ammunition seized from Defendant on or about November 5, 2020,**

2. A Jury returned a Verdict (Doc. 51) of guilty on all counts in the Indictment. Based on the evidence and information at trial and in the Indictment and sentencing materials, the Government has established the requisite nexus between the Firearms and Ammunition, and the offenses of which the Jury found Defendant guilty.

3. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified..

4. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

5. If no third party files a timely claim, this Order of forfeiture shall become Final and shall be made part of the sentence and included in the judgment, as provided by Fed. R. Crim. P. 32.2(b)(4) and 32.2(c)(2).

Signed this the 20 day of December 2022.

_____
THE HONORABLE ROBERT J. CONRAD JR.
UNITED STATES DISTRICT COURT JUDGE